**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY KORHONEN, individually; JOSEPH ODDO, JR., individually, <br><br> Plaintiffs, <br><br> vs. <br><br> SENTINEL INSURANCE, LTD.; DOES I-X, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No. 2:13-cv-00565-RCJ-NJK <br><br> ORDER DENYING REQUEST TO EXTEND DEADLINE |

Pending before the Court is a Stipulation to extend the time for Defendant Sentinel Insurance, Ltd. to file an initial responsive pleading to Plaintiff's Second Amended Complaint (Docket No. 30), filed on April 21, 2014. *See* Docket No. 31. Local Rule 6-1 requires that every "motion or stipulation to extend time shall ... state the reasons for the extension requested." The pending Stipulation seeks to extend the time for Defendant Sentinel to file an initial responsive pleading, but does not state the reasons that an extension is requested.[1] Accordingly, the Stipulation is hereby DENIED without prejudice.

IT IS SO ORDERED.

DATED: April 22, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Parties merely state "This stipulation is made in good faith, and is not anticipated or intended to cause any delay to any party." Docket No. 31, at 2.