UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY KORHONEN, et al.,                )<br>                                                           )<br>            Plaintiff(s),                           )<br>                                                           )<br>vs.                                                     )<br>                                                           )<br>SENTINEL INSURANCE, LTD.,            )<br>                                                           )<br>            Defendant(s).                       )<br>_____)  | Case No. 2:13-cv-00565-RCJ-NJK<br><br>ORDER<br><br>(Docket No. 52) |

     Pending before the Court is Defendant's motion to extend time for the depositions of Plaintiffs' treating physicians, filed on March 2, 2015. Docket No. 52. Discovery closed in this case on March 2, 2015. Docket No. 25, at 3. On March 2, 2015, Defendant filed a motion to strike Plaintiffs' expert designation of witnesses and reports, and set the witness fee. Docket No. 51. Defendant represents that it cannot conduct the deposition of Plaintiffs' witnesses until the Court rules on its motion to strike because "the scope of the depositions will depend on whether or not the treating physicians are properly disclosed experts." Docket No. 52, at 9.

     The Court finds good cause and excusable neglect exist to extend the discovery deadline. Accordingly, Defendant's motion to extend time for the depositions of Plaintiffs' treating physicians (Docket No. 52) is **GRANTED**. The parties are **ORDERED** to submit a request for specific deadlines for extending discovery, no later than one week after the Court rules on Defendant's motion to strike.

. . .

It is **FURTHER ORDERED** that Defendant shall provide chambers a paper copy of the motion to strike (Docket No. 51) no later than March 6, 2015. *See* Special Order No. 109 at IV.D (requiring parties to provide chambers a paper copy of all electronic documents that exceed 50 pages in length).

IT IS SO ORDERED.

DATED: March 3, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge