UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY KORHONEN, et al., | |
| Plaintiff(s), | Case No. 2:13-cv-00565-RCJ-NJK |
| vs. | ORDER CONTINUING HEARING |
| SENTINEL INSURANCE, LTD., | |
| Defendant(s). | (Docket No. 62) |

On April 13, 2015, the Court set a hearing on Defendant's motion to strike Plaintiffs' expert designation of witnesses and reports, and set witness fee for May 1, 2015. Docket No. 61. On April 22, 2015, Defendant filed an emergency motion seeking to continue that hearing due to a scheduling conflict. Docket No. 62. The Court hereby **GRANTS** Defendant's emergency motion (Docket No. 62) and **CONTINUES** the hearing to May 7, 2015, at 10:00 a.m. in Courtroom 3D.

IT IS SO ORDERED.

DATED: April 27, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge