**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY KORHONEN, et al., | |
| Plaintiff(s), | Case No. 2:13-cv-00565-RCJ-NJK |
| vs. | ORDER |
| SENTINEL INSURANCE LTD., | (Docket No. 71) |
| Defendant(s). | |

Pending before the Court is the parties' request to vacate the settlement conference currently set for May 14, 2015. Docket No. 71. The parties represent that they have reached a settlement and expect to submit a stipulation for dismissal, with prejudice, within the next 30 days. *Id.*, at 1. Accordingly, the settlement conference in this case is hereby **VACATED**. The parties shall submit a stipulation of dismissal no later than June 10, 2015.

IT IS SO ORDERED.

DATED: May 11, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge